ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (Cal. Bar No. 144524)
DIANA M. KWOK (Cal. Bar No. 246366)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6529
    Facsimile: (213) 894-0141
    E-mail:    diana.kwok@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR ENTERPRISES, INC., a California corporation doing business as Victor Welding Supply,<br><br>    Defendant. | No. CR 13-248-MRW<br><br>[~~PROPOSED~~] JUDGMENT AS TO DEFENDANT VICTOR ENTERPRISES, INC. |

    In the presence of an attorney for the government, defendant Victor Enterprises, Inc., doing business as Victor Welding Supply ("defendant"), appeared before this Court on October 4, 2013.

    Defendant, having entered pleas of guilty to charges one through ten of the information, has been convicted as charged of the offenses of: (1) conspiracy, in violation of 18 U.S.C. § 371, (2) misbranding of a drug while held for sale after shipment in interstate commerce, in violation of 21 U.S.C. §§ 331(k), 333(a)(1),

1

352(f), 353(b)(1), 353(b)(4), and (3) aiding and abetting and causing an act to be done, in violation of 18 U.S.C. § 2.

The Court, having asked defendant whether it knew of any reason why judgment should not be pronounced, and defendant, having stated no such reason, adjudged defendant guilty as charged, and ordered that defendant shall:

(1) Pay to the United States special assessments totaling $1,250, which are due immediately to the Clerk of the Court;

(2) Pay to the United States a criminal fine of $145,910.00, which is due immediately to the Clerk of the Court;

(3) Pay to the United States restitution in the amount of $117,200, which is due immediately to the Clerk of the Court and shall be held by the Court for payment to the appropriate government agency for the destruction of the nitrous oxide gas seized at defendant's business location on April 3, 2009, and March 22, 2013; and

(4) Allow funds previously seized by the government in connection with this matter, in the amount of $13,110, to be applied by the Court to pay, in order of application, any restitution, special assessment, criminal fines, and costs that defendant is required to pay.

[Handwritten: All payments to be made within five working days from entry of this judgment.]

IT IS SO ORDERED.

Oct 4, 2013
DATE

HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

Presented by:
       /s/
DIANA M. KWOK
Assistant United States Attorney

2